Sickles' Case.

HARRY L. CAMPBELL et al., complainants,

*v.*

THE JOHN W. TAYLOR MANUFACTURING COMPANY, defendants.

[Filed November 17th, 1902.]

On appeal of William Hurt, filed June 6th, 1902, from an order advised by Vice-Chancellor Grey, whose opinion is reported on page 622, *ante.*

*Mr. John C. Sims,* for the appellants.

*Mr. Charles K. Chambers,* for the respondent.

PER CURIAM.

Affirmed, for the reasons given in the court of chancery.

*For affirmance*—THE CHIEF-JUSTICE, VAN SYCKEL, DIXON, COLLINS, FORT, GARRETSON, HENDRICKSON, PITNEY, BOGERT, ADAMS, VREDENBURGH, VOORHEES, VROOM—13.

*For reversal*—None.